170 So.2d 511

**Evelyn C. VEHRS, etc., et al., Roy McKay, Otis L. Carmouche, etc., et al.,**

**v.**

**JEFFERSON INSURANCE COMPANY et al.**

No. 47576.

Jan. 21, 1965.

In re: Jefferson Insurance Company applying for certiorari, or writ of review

to the Court of Appeal, Third Circuit, Parish of Grant. 168 So.2d 873.

The application is denied. There appears no error of law in the judgment complained of.

McCALEB, J., is of the opinion that a writ should be granted.